**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| The Altman Group, Inc.,<br><br>        Plaintiff,<br><br>v.<br><br>Federal Crop Insurance Corporation, et al.<br><br>        Defendants. | Case No. 1:25-cv-2193 (SLS) |

**DEFENDANT PRODUCERS AGRICULTURE INSURANCE COMPANY'S MOTION TO
DISMISS, OR IN THE ALTERNATIVE, COMPEL ARBITRATION**

Pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), 12(b)(3), and 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Producers Agriculture Insurance Company, by and through undersigned counsel, hereby moves to dismiss the above-captioned action. In the alternative, Defendant moves to compel arbitration and stay proceedings, pursuant to Sections 3 and 4 of the Federal Arbitration Act, 9 U.S.C. §§ 3-4.

The grounds for the motion are set forth in the accompanying memorandum of law. A proposed order is attached.

1

Dated: January 15, 2026

Respectfully submitted,

PRODUCERS AGRICULTURE
INSURANCE COMPANY

 /s/ Thomas A. Coulter
Thomas A. Coulter (DC Bar No. 436423)
Brian W. Stolarz (DC Bar No. 466160)
Ian L. Slingsby (DC Bar No. 90018654)
Norton Rose Fulbright US LLP
799 9th Street NW, Suite 1000
Washington, DC 20001
Telephone: (202) 662-0200
thomas.coulter@nortonrosefulbright.com
brian.stolarz@nortonrosefulbright.com
ian.slingsby@nortonrosefulbright.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I certify that on January 15, 2026, I electronically filed the foregoing with the Clerk of the

Court using the ECF system, notifying the parties of record.

/s/ Ian L. Slingsby
Ian L. Slingsby

3