**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| The Altman Group, Inc., | |
| Plaintiff, | |
| v. | Case No. 1:25-cv-2193 (SLS) |
| Federal Crop Insurance Corporation, et al. | |
| Defendants. | |

**[PROPOSED] ORDER**

Upon consideration of Defendant Producers Agriculture Insurance Company's Motion to Dismiss or in the Alternative Compel Arbitration of Plaintiff's Complaint against Defendant in the above captioned matter, it is this _____ day of _____, 2026, hereby **ORDERED**:

That the Motion to Dismiss is hereby **GRANTED**, and it is further **ORDERED**:

That this action is **DISMISSED WITH PREJUDICE** as to Defendant Producers Agriculture Insurance Company.

**SO ORDERED**.

Date: _____

_____
SPARKLE L. SOOKNANAN
United States District Judge