**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Case No. 1:25-cv-2193 (SLS)

PLAINTIFF ALTMAN GROUP, INC.'S RESPONSE TO
PRODUCERS AGRICULTURE INSURANCE COMPANY'S MOTION
TO DISMISS OR IN THE ALTERNATIVE COMPEL ARBITRATION

# Exhibit B



5601 Interstate 40 W, Suite 204
Amarillo, Texas 79106
main (800) 366-2767
local (806) 372-6785
fax (866) 306-3038

# Multiple-Peril Crop Insurance Commission Schedule

## Commission Rates

Subject to this Schedule and the Crop Insurance Agency Agreement between the Company and the Agency to which it is attached and considered an addendum thereto, the Company will pay the following commission rates in connection with MPCI policies properly sold and serviced by the Agency for the Reinsurance Year for which premiums are timely collected and A&O Subsidy or CAT LAE is received by the Company:

| Insurance Plan | Total A&O Subsidy or CAT LAE Percent at 100% Ceiling Factor | Percent A&O Subsidy / CAT LAE Payable | Base Commission Prior to Application of SRA Ceiling Factor |
|---|---|---|---|
| APH | 21.90 | 80 | 17.52[1] |
| RP HPE | 21.90 | 80 | 17.52[1] |
| RP | 18.50 | 80 | 14.80[1] |
| PLAN 50 | 21.90 | 80 | 17.52[1] |
| ARP/ARPI | 12.00 | 80 | 9.60 |
| WFRP | 21.90 | 50 | 10.95 |
| ECO | 20.10 | 80 | 16.08 |
| RI/PRF | 20.10 | 80 | 16.08 |
| SCO | 20.10 | 80 | 16.08 |
| STAX | 20.10 | 80 | 16.08 |
| HIP | 20.10 | 80 | 16.08 |
| CAT | 6.00 | 80 | 4.80 |
| MPP | 20.10 | 80 | 16.08 |

[1]Subject to application of RMA A&O Ceiling Factor under SRA.

Exceptions to the above table:
- Commission for all Arkansas Rice will be 40% of the rate in the first column. If the final Agency Loss Ratio on Arkansas Rice is less than or equal to 90%, base commission, adjusted by the RMA A&O Ceiling Factor, up to the rate in the last column will be payable.
- Commission for all Texas Crops (all commodities in the RMA Actuarials for Texas other than Annual Forage, PRF, and perennials) will be 50% of the rate in the first column. If the final Agency Loss Ratio for Texas Crops is less than or equal to 90%, base commission, adjusted by the RMA A&O Ceiling Factor, up to the rate in the last column will be payable.
- Commission for Pilot Programs will be 60% of the rate in the first column. Excludes: ARH Program Crops, ECO, HIP, PRF, WFRP.
- If the final Agency Loss Ratio on WFRP is less than or equal to 90%, then the percent of A&O Payable will be 80%.
- Commission for Onions will be 60% of the rate in the first column.
- Commission for Tobacco will be 60% of the rate in the first column unless the ratio of tobacco to row crop policies earning premium is a minimum of 1:4.
- Commission for Buy-Up Nursery (Plan 50) will be 50% of the rate in the first column.

© 2021 ProAg. All Rights Reserved.
ProAg is an equal opportunity provider.

- Commission for Cabbage will be 60% of the rate in the first column for APH.
- All of the above stated rates are subject to reductions according to the terms and conditions of this Schedule, the Agency Agreement, and the SRA, including but not limited to a 1% reduction in the base rate for failure to adhere to Agent's obligations under Section V.M. of the Agency Agreement in addition to any reductions under V.M. 5) and 6).

Based on the current Standard Reinsurance Agreement (SRA), the Risk Management Agency (RMA) may reduce the A&O Subsidy, which will reduce the Base Rates in this schedule by the same factor.

### Terms and Conditions

**Commission Advance:** Agency shall be entitled to a commission advance equal to 50% of the applicable estimated earned base-rate commission based on: 1) premium cleared by RMA on or prior to the monthly accounting cut-off date and 2) the Company's estimation of applicable A&O and CAT LAE. Any approved advance shall be paid no later than the 10th of the month following the accounting cut-off date relating to the premium in question.

**Final Commission Settlement for a Reinsurance Year:** Agency shall be paid the balance due Agency of all earned commissions within 30-days of the Company's receipt of the final applicable A&O Subsidy and CAT LAE from RMA for the respective Reinsurance Year. Should RMA release a final factor which is below the factor used to make initial commission payments, Agency may be required to pay back previously paid commission on a pro-rata basis. The annual settlement for the Reinsurance Year will be October of the following year.

**Term:** This addendum shall be applicable to the initial Reinsurance Year denoted in the signature block below and to each successive Reinsurance Year until amended or replaced, at its sole discretion, by the Company.

**Commission Reductions:** The Company reserves the right to reduce the commission earned and payable on any policy that is subject to mandated growing-season or pre-harvest inspections, APH, claim or other quality control reviews in multiple Reinsurance Years. The application of this provision will include other policies held by the same policyholder or related policyholders (i.e. it doesn't have to be the same exact crop policy reviewed in multiple years).

**Amendment:** The Company reserves the right to amend this commission schedule if: (1) RMA deviates from the Standard Reinsurance Agreement; (2) the appropriations to fund the MPCI program are reduced at any time during the Reinsurance Year; or (3) Premium taxes are imposed on MPCI premiums and are not reimbursed by RMA to the Company. Agent will be notified immediately if a revision, due to any of these factors, becomes necessary.

By signing below, the Agency/Agent agrees to abide by the applicable terms of the applicable SRA and further acknowledges that the Agency/Agent agrees to and is bound by the covenant not to sue contained in Section III(a)(2)(K) of the SRA.

PRINTED AGENCY NAME
The Altman Group, Inc.

AGENCY CODE: 485989-00/485989-01   DATE: December 9, 2021   INITIAL REINSURANCE YEAR:

ADDRESS: 7021 Kewanee Ste. 1-101

AUTHORIZED AGENT SIGNATURE

AGENT PRINTED NAME AND TITLE: Barry Altman, President

APPROVED FOR THE COMPANY

PRINTED NAME AND TITLE