**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Case No. 1:25-cv-2193 (SLS)

PLAINTIFF ALTMAN GROUP, INC.'S RESPONSE TO
PRODUCERS AGRICULTURE INSURANCE COMPANY'S MOTION
TO DISMISS OR IN THE ALTERNATIVE COMPEL ARBITRATION

# Exhibit C

DocuSign Envelope ID: 743F3984-14AF-4F8A-BA80-EB7914CFBBCC



5601 Interstate 40 W, Suite 204
Amarillo, Texas 79106
main (800) 366-2767
local (806) 372-6785
fax (866) 306-3038

# MPCI Commission Schedule Amendment; Livestock Price Insurance Commission Schedule and Crop-Hail & Named Peril Commission Schedule
## The Altman Group, Inc.

This MPCI Commission Schedule Amendment ("Amendment") is made, effective as of the signature date set forth below, pursuant to the terms of the Multiple-Peril Crop Insurance Commission Schedule ("MPCI Schedule") between the Company and The Altman Group, Inc. ("Agency"). In the absence of in-force commission schedules between the Company and Agency covering Livestock Price Insurance and Crop-Hail policies, this document shall serve, as of the signature date set forth below, as the commission addendum for those policies as outlined below. All commissions for all products and provisions of this document are fully subject to the terms of the Crop Insurance Agency Agreement ("Agency Agreement") between the Company and the Agency.

### MPCI COMMISSION SCHEDULE AMENDMENT

The Commission Rates and Exceptions described on page 1 of the MPCI Schedule are deleted and replaced in whole with the following:

> **Commission Rates:** For all new and renewal policies under any insurance plan subject to the Standard Reinsurance Agreement ("SRA") sold and serviced by the Agency for the Company for the 2024 Reinsurance Year ("RY") or subsequent RY's, and for which premiums are timely collected and A&O Subsidy or CAT LAE is received by the Company, the Company will pay Agency 5.0% of the applicable A&O Subsidy or CAT LAE, after application of any applicable SRA A&O Ceiling Factor.
>
> The commission described above, as may otherwise be reduced under the terms of the Agency Agreement and MPCI Schedule, shall constitute full and complete compensation for the sale and service of any such affected policies.

All provisions of the Agency Agreement and MPCI Schedule not specifically amended above shall remain in full force and effect.

### LIVESTOCK PRICE INSURANCE COMMISSION SCHEDULE

The following base commission rates will be paid on all collected premiums for eligible livestock price insurance contracts ("ELPICs") federally reinsured pursuant to the Livestock Price Reinsurance Agreement ("LPRA") entered into between the FCIC and Producers Agriculture Insurance Company (together with those affiliates set forth in the Agency Agreement, the "Company") that are sold and serviced by Agency in accordance with the Agency Agreement, LPRA, and FCIC procedure in the 2024 Reinsurance Year ("RY") and subsequent RY's:

**Existing Policies.** For endorsements on existing 2024 RY ELPICs as of the date of the signature below:

> Base Commission*
> LRP – 16%

---

DocuSign Envelope ID: 743F3984-14AF-4F8A-BA80-EB7914CFBBCC

**New Policies.** For any endorsements under a new ELPIC sold after the date of the signature below or for any endorsements on any policies renewed or sold in a subsequent RY:

Base Commission*

LRP – 4%

DRP – 2%

*The above stated rates are subject to reductions according to the terms and conditions of this schedule and to applicable terms and conditions in the Agency Agreement.

### Livestock Commission Terms and Conditions
(in addition to those in the Agency Agreement):

The Company reserves the right to amend this commission schedule if: (1) RMA deviates from the LPRA; (2) Congress reduces the appropriations to fund the Livestock Price Insurance ("LPI") program at any time during the Reinsurance Year; or (3) Premium taxes are not reimbursed by RMA/FCIC to the Company. Agent will be notified if a revision, due to any of these above factors, becomes necessary.

## CROP-HAIL & NAMED PERIL COMMISSION SCHEDULE

**CROP-HAIL RATES** (for traditional crop hail, endorsements supplementing hail coverage, and endorsements to hail policies supplementing MPCI coverage (i.e. SRC in select states):

| | | |
|---|---|---|
| All Crops | $0.01 - $5.00 final rate | 5.0% |
| | $5.01 and up final rate | 4.0% |
| All Companion Plans | Includes Production Plan | 2.0% |
| All Unsupported | | 0.5% |

The above rates will be <u>reduced</u> by 2.0% (i.e. from 5.0% to 3.0%) for any hail policies for which the Company's system provides the capability to be processed electronically but for which Agent does not process them electronically.

**NAMED PERIL COMMISSION RATES** (not all products available in all states; for products covering specific named perils other than hail or which supplement MPCI coverage where written as a separate policy):

| | |
|---|---|
| Increased Coverage Election (ICE) | 2.5%; Unsupported - 0% |
| Added Individual Modifier (AIM) | 2.0% |
| Supplemental Replant Coverage (SRC) (as separate policy) | 2.5% |
| All other named peril products not listed | 3.0% |
| All Unsupported (other than ICE) | 0.5% |

### Crop Hail & Named Peril Commission Terms and Conditions
(in addition to those in the Agency Agreement)

A. Commissions will be paid in accordance with the terms and conditions stated in the Agency Agreement and will be reduced on any eligible policy, as stated in the Agreement, this Schedule, or in applicable guidelines contained in the respective state Rates and Rules Manual.

B. No commission will be earned and payable until the premium account, including any fees/interest, shows a zero balance.  Amounts received shall first be applied to interest/fees, then to premium.

C. No commission will be paid if the policy balance, including any fees/accrued interest, remains unpaid as of March 31st following the billing date.

D. No commission will be paid for any crop-hail or named-peril premiums: (i) that are referred for collection; or (ii) that are the subject of a compromise settlement, mediation settlement, or an appraisal, arbitration, or judicial award.

E. Premiums are due and payable on or before the initial premium due date. The maximum interest or finance charge allowed by the applicable state law shall be assessed on all premiums not paid

DocuSign Envelope ID: 743F3984-14AF-4F8A-BA80-EB7914CFBBCC

within thirty (30) days of the due date on any policy sold through the Agent. No commission is payable on interest or finance charges assessed.

F.  The Company reserves the right to withhold from the payable commission any amount due by Agent to the Company, including because of any collection action on any insured to collect premium, interest or any penalties due or due to adjustments in premium made after initial payment of commission.

G.  Billing: Insureds with outstanding premium will be directly billed by the Company.

| APPROVED FOR THE COMPANY | PRINTED NAME AND TITLE |
|---|---|
| DocuSigned by:<br>*Cody Corbell*<br>EC54ABF637A94AB...<br>DATE:  11/16/2023  \|  3:30 CST | CODY CORBELL<br>HEAD OF SALES AND BUSINESS DEVELOPMENT |