**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Case No. 1:25-cv-2193 (SLS)

REPLY BRIEF IN SUPPORT OF DEFENDANT
PRODUCERS AGRICULTURE INSURANCE COMPANY'S
MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO COMPEL ARBITRATION

# Exhibit A

**FEDERAL CROP INSURANCE CORPORATION**                                                                                       Exhibit 3.f.2
**AGENT COMPENSATION TEMPLATE**
**Current Reinsurance Year: 2026**
**Company:**
**Data as of:**

| | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) | (13) | (14) | (15) | (16) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Processing | | | | Base Compensation | | | | Total Compensation | | |
| State | Gross premium (CAT and Buy-up) | A&O subsidy and CAT LAE | Payments to agents and affiliates for processing | Purchases of computers, etc. for agents | Third-Party Software Payments * | Total (Column 3 + 4 + 5) | Processing allowance (5% times Column 2) | Excess processing payments (Column 6 - 7, if > 0) | Payments to agents and affiliates for sales and service | Total (Column 8 + 9) | Base compensation limit (80% of Column 2) | Excess base compensation (Column 10 - 11, if > 0) | Profit sharing payments to agents and affiliates | Base and profit sharing compensation (Column 10 + 13) | Total compensation limit (100% of Column 2) | Excess total compensation (Column 14 - 15, if > 0) |
| Alabama | | | | | | - | - | - | | - | - | - | | - | - | - |
| Alaska | | | | | | - | - | - | | - | - | - | | - | - | - |
| Arizona | | | | | | - | - | - | | - | - | - | | - | - | - |
| Arkansas | | | | | | - | - | - | | - | - | - | | - | - | - |
| California | | | | | | - | - | - | | - | - | - | | - | - | - |
| Colorado | | | | | | - | - | - | | - | - | - | | - | - | - |
| Connecticut | | | | | | - | - | - | | - | - | - | | - | - | - |
| Delaware | | | | | | - | - | - | | - | - | - | | - | - | - |
| Florida | | | | | | - | - | - | | - | - | - | | - | - | - |
| Georgia | | | | | | - | - | - | | - | - | - | | - | - | - |
| Hawaii | | | | | | - | - | - | | - | - | - | | - | - | - |
| Idaho | | | | | | - | - | - | | - | - | - | | - | - | - |
| Illinois | | | | | | - | - | - | | - | - | - | | - | - | - |
| Indiana | | | | | | - | - | - | | - | - | - | | - | - | - |
| Iowa | | | | | | - | - | - | | - | - | - | | - | - | - |
| Kansas | | | | | | - | - | - | | - | - | - | | - | - | - |
| Kentucky | | | | | | - | - | - | | - | - | - | | - | - | - |
| Louisiana | | | | | | - | - | - | | - | - | - | | - | - | - |
| Maine | | | | | | - | - | - | | - | - | - | | - | - | - |
| Maryland | | | | | | - | - | - | | - | - | - | | - | - | - |
| Massachusetts | | | | | | - | - | - | | - | - | - | | - | - | - |
| Michigan | | | | | | - | - | - | | - | - | - | | - | - | - |
| Minnesota | | | | | | - | - | - | | - | - | - | | - | - | - |
| Mississippi | | | | | | - | - | - | | - | - | - | | - | - | - |
| Missouri | | | | | | - | - | - | | - | - | - | | - | - | - |
| Montana | | | | | | - | - | - | | - | - | - | | - | - | - |
| Nebraska | | | | | | - | - | - | | - | - | - | | - | - | - |
| Nevada | | | | | | - | - | - | | - | - | - | | - | - | - |
| New Hampshire | | | | | | - | - | - | | - | - | - | | - | - | - |
| New Jersey | | | | | | - | - | - | | - | - | - | | - | - | - |
| New Mexico | | | | | | - | - | - | | - | - | - | | - | - | - |
| New York | | | | | | - | - | - | | - | - | - | | - | - | - |
| North Carolina | | | | | | - | - | - | | - | - | - | | - | - | - |
| North Dakota | | | | | | - | - | - | | - | - | - | | - | - | - |
| Ohio | | | | | | - | - | - | | - | - | - | | - | - | - |
| Oklahoma | | | | | | - | - | - | | - | - | - | | - | - | - |
| Oregon | | | | | | - | - | - | | - | - | - | | - | - | - |
| Pennsylvania | | | | | | - | - | - | | - | - | - | | - | - | - |
| Rhode Island | | | | | | - | - | - | | - | - | - | | - | - | - |
| South Carolina | | | | | | - | - | - | | - | - | - | | - | - | - |
| South Dakota | | | | | | - | - | - | | - | - | - | | - | - | - |
| Tennessee | | | | | | - | - | - | | - | - | - | | - | - | - |
| Texas | | | | | | - | - | - | | - | - | - | | - | - | - |
| Utah | | | | | | - | - | - | | - | - | - | | - | - | - |
| Vermont | | | | | | - | - | - | | - | - | - | | - | - | - |
| Virginia | | | | | | - | - | - | | - | - | - | | - | - | - |
| Washington | | | | | | - | - | - | | - | - | - | | - | - | - |
| West Virginia | | | | | | - | - | - | | - | - | - | | - | - | - |
| Wisconsin | | | | | | - | - | - | | - | - | - | | - | - | - |
| Wyoming | | | | | | - | - | - | | - | - | - | | - | - | - |
| Total | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |

**\* Third-Party Software Payments as defined by MGR-26-002**