## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 23, 2026, a true and correct copy of the foregoing was electronically served on all counsel of record through the Court's CM/ECF system.

/s/ Ian L. Slingsby

_____

Ian L. Slingsby